In the Matter of ROBERT B. SMITH et al., Respondents, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

Argued May 19, 1943; decided July 20, 1943.

*Robert H. Schaffer, Acting Corporation Counsel (Nicholas Bucci* and *Paxton Blair* of counsel), for Board of Education and others, appellants, and *Arthur S. Gales* for Sam Edelson and others, appellants.

*Michael M. Platzman* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.